**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| **Enrique MUNOZ NOPALA, *et al.,*** | **Case No. 5:26-cv-01460-JGB-JDE** |
| **Petitioners,** | |
| **v.** | **[PROPOSED] ORDER OF DISMISSAL** |
| **Markwayne MULLIN, Secretary, U.S. Dept. of Homeland Security, *et al.,*** | **Hon. Jesus G. Bernal** |
| **Respondents.** | **U.S. District Court Judge** |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is ordered that Petitioner Tomas Vasquez (DHS No. A204-633-605) be dismissed from this action without prejudice as to all claims, causes of action, and parties.

**IT IS SO ORDERED.**

**Dated: August 4, 2026**

_____
**JESUS G. BERNAL**
**UNITED STATES DISTRICT JUDGE**